IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| RUSSELL E. ROBINSON, | ) |
| --- | --- |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-13-1366-R |
| | ) |
| PAUL KASTNER, Warden, | ) |
| Federal Transfer Center, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court are the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin (Doc. No. 8) and Petitioner's objection thereto (Doc. No. 10). In the Report and Recommendation Judge Goodwin recommended the petition be dismissed for lack of jurisdiction. The Court has reviewed Petitioner's objection to the Report and Recommendation and finds that it lacks merit and provides no basis from which the Court can conclude that it has jurisdiction to entertain his claims. Furthermore, the Court declines Petitioner's request to transfer his petition to the Supreme Court of the United States. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY and this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of July, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE